**No. 09-9093. Gregory Lawrence Moore, Petitioner v. Rissie L. Owens, et al.**

559 U.S. 1064, 130 S. Ct. 2107, 176 L. Ed. 2d 718, 2010 U.S. LEXIS 3249.

April 19, 2010. Motion of petitioner for leave to proceed in forma pauperis denied,

---

and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

Same case below, 361 Fed. Appx. 587.